United States District Court
Southern District of Texas
**ENTERED**
February 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-17-008 |
| | § | |
| LEONEL PORTILLO | § | |
| WILLIAM GUEVARA, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF REFERRAL

Having considered the defendants' consent, this cause is hereby referred to United States Magistrate Judge Nancy Johnson for the purpose of administering the plea of guilty, subject to the final approval and imposition of sentence by this Court.

SIGNED on February 24, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge