United States District Court
Southern District of Texas
**ENTERED**
March 09, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                  Cr. No. H-17-8

LEONEL IVAN PORTILLO
WILLIAM ALEXANDER GUEVARA

## ORDER

The Defendants' motion requesting that their respective plea agreements be docketed under seal is GRANTED.

SIGNED at Houston, Texas on  Mar  9 , 2017.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate