Case 4:17-cr-00008 Document 33 Filed on 03/10/17 in TXSD Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
March 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. H-17-008-1 |
| | § | |
| LEONEL PORTILLO | § | |

**REPORT AND RECOMMENDATION**

Before the court, by referral pursuant to 28 U.S.C. §636(b), is the matter of the re-arraignment of Leonel Portillo, the defendant in this action. On March 9, 2017, Defendant Leonel Portillo appeared with counsel before the undersigned magistrate judge for the purpose of entering a guilty plea to the Indictment charging him with conspiracy to possess with intent to distribute in excess of five kilograms of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), and 846.

Defendant Portillo consented in writing to plead guilty before a United States Magistrate Judge. After conducting said proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1. Defendant Portillo, after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised of his rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval and imposition of sentence by United States District Judge Lee Rosenthal.

2.  Defendant Portillo is fully competent and capable of entering an informed plea.

3.  Defendant Portillo is aware of the nature of the charges, the maximum punishment range and other penalties that may be imposed at sentencing. Defendant Portillo is familiar with the terms of his Plea Agreement and is aware that he has waived his rights to appeal and to collaterally attack his conviction.

4.  Defendant Portillo understands his constitutional and statutory rights and wishes to waive those rights.

5.  Defendant Portillo understands that the sentencing judge is not bound by any recommendation on sentencing made by either counsel for the government or counsel for the defendant, and that if a recommendation on sentencing is not followed by the sentencing judge, he may not withdraw his plea of guilty.

6.  Defendant Portillo's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Count 1 of the Indictment.

Based upon the foregoing, it is **RECOMMENDED** that the guilty plea of Defendant Leonel Portillo to Count 1 of the Indictment be accepted by the court and that Leonel Portillo be adjudged guilty of the offense alleged in Count 1 of the Indictment, to wit: conspiracy to possess with intent to distribute in excess of five kilograms of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), and 846.

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from the receipt thereof to file written objections thereto pursuant to General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from

attacking the factual findings and legal conclusions on appeal.

The original of any written objections shall be filed with the United States District Clerk, P.O. Box 61010, Houston, Texas, 77208.  Copies of such objections shall be mailed to opposing parties and to the chambers of the undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

SIGNED at Houston, Texas, this 10th day of March, 2017.

_____
U.S. MAGISTRATE JUDGE